# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAJUNIQUE BROWN, | Case No. 2:24-cv-02318-RFB-MDC |
| Petitioner, | **ORDER** |
| v. | |
| REUBART, *et al.*, | |
| Respondents. | |

Petitioner Majunique Brown has submitted a Petition for Writ of Habeas Corpus (ECF No. 1-1), but she has not properly commenced this habeas action by either paying the standard $5.00 filing fee or filing a complete application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court. The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Brown submitted her financial declaration and acknowledgement (ECF No. 1), but she has not submitted her financial certificate or a copy of her account statement. Brown has 45 days from the date of this order to either pay the $5 filing fee or submit these missing IFP documents.

**IT IS THEREFORE ORDERED** that the initial screening of the Petition for Writ of Habeas Corpus (ECF No. 1-1) is deferred to until such time as Brown has fully complied with this order.

**IT IS FURTHER ORDERED** that the Clerk of Court send Brown a blank form IFP application for incarcerated litigants.

**IT IS FURTHER ORDERED** that **within 45 days of the date of this order**, Brown must file her missing IFP documents: (a) a financial certificate signed by her and an authorized prison official, and (b) a copy of her inmate account statement for the six-month period. Alternatively, Brown must pay the $5 filing fee within 45 days.

**IT IS FURTHER ORDERED** that Brown's failure to comply with this Order will result in the dismissal of this action without prejudice and without further advance notice. If the action is dismissed due to Brown's failure to comply with this Order, Brown may move to reopen this case and vacate the judgment by filing a motion for reconsideration. In this motion, the Plaintiff is required to explain what circumstances delayed her from paying the filing fee or filing the application to proceed *in forma pauperis*. If the Court finds there to be good cause or a reasonable explanation therein, the Court will reopen the case and vacate the judgment.

DATED this 2 day of January 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT**