# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAJUNIQUE BROWN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>REUBART, *et al.*,<br><br>　　　　Respondents. | Case No. 2:24-cv-02318-RFB-MDC<br><br>**EXTENSION ORDER** |

 Before the Court is Petitioner Majunique Brown's counseled motion for a 90-day extension of time to file her first-amended petition (ECF No. 12.). This is Brown's first request for an extension of this deadline. The Court finds good cause exists to grant the motion.

 Therefore, **IT IS HEREBY ORDERED** the Motion to Extend Time (ECF No. 12) is **GRANTED** *nunc pro tunc*. Brown has up to and including December 2, 2025, to file her first-amended petition.

**DATED:** November 16, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**