# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MAJUNIQUE BROWN,<br><br>      Petitioner,<br><br>v.<br><br>REUBART, *et al.*,<br><br>      Respondents. | Case No.: 2:24-cv-02318-RFB-MDC<br><br>**ORDER** |

Before the Court is Petitioner Majunique Brown's motion for a stay in which she explains that her initial state post-conviction proceedings are still ongoing (ECF No. 14 (citing Pace v. DiGuglielmo, 544 U.S. 408, 416–17 (2005))). Respondents have filed a non-opposition to the motion (ECF No. 15). The Court finds that a stay is appropriate under the circumstances of this case.

Therefore, **IT IS HEREBY ORDERED** that the motion for a stay (ECF No. 14) is **GRANTED**. Petitioner must move to reopen this action within 45 days of the issuance of the remittitur by the Nevada Supreme Court at the conclusion of her state court proceedings.

**IT IS FURTHER KINDLY ORDERED** that the Clerk of Court stay and administratively close this action.

**DATED:** December 22, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**