**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MAJUNIQUE BROWN,<br>Petitioner,<br>v.<br>REUBART, *et al.*,<br>Respondents. | Case No. 2:24-cv-02318-RFB-MDC<br>**ORDER GRANTING LEAVE TO AMEND** |

This counseled habeas matter comes before the Court on Petitioner Majunique Brown's motion for leave to file a Second-Amended Petition. See generally Mot. for Leave to File a Second Amended Pet., ECF No. 21 [hereinafter, "Extension Mot."]. This Court appointed the Federal Public Defender to represent Brown, and Brown filed her counseled first amended petition on June 1, 2026. See generally First Am. Pet. for Writ of Habeas Corpus, ECF No. 20. In her instant motion, Brown's counsel explains that she filed Brown's First-Amended Petition before Brown's statute of limitations expired. See generally Extension Mot. Respondents do not oppose this motion. See generally Non-Opp'n, ECF No. 22. Under Federal Rule of Civil Procedure 15(a)(2), a party may amend a pleading with the Court's leave, and "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The Court finds that leave to amend is appropriate here.

///

///

///

///

///

///

Based on the foregoing, **IT IS HEREBY ORDERED** the Motion for Leave to File a Second Amended Petition (ECF No. 21) is **GRANTED**. Brown has up to, and including, **October 25, 2026**, to file a second amended petition.

**DATED:** July 27, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**