Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Kimberly Sandberg
Assistant Federal Public Defender
New York State Bar No. 5152863
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Kimberly_Sandberg@fd.org

*Attorney for Petitioner Majunique Brown

# United States District Court
# District of Nevada

| | |
|---|---|
| Majunique Brown,<br><br>Petitioner,<br><br>v.<br><br>Reubart, *et al.*,<br><br>Respondents. | Case No. 2:24-cv-02318-RFB-MDC<br><br>**Unopposed motion for extension of time to file second amended petition**<br><br>**FIRST REQUEST** |

Petitioner Majunique Brown moves this Court for the entry of an order extending the time within which she must file a second amended petition by 90 days from October 26, 2026, to and including January 25, 2027. The State, by Deputy Attorney General Katrina A. Lopez, does not object to this request, though her non-objection does not constitute a waiver of any procedural defenses Respondents may wish to raise including, but not limited to, timeliness, procedural default, and questions of exhaustion.

This is Brown's first request for an extension of time. This motion is not filed for the purposes of delay but in the interests of justice as well as in the interests of Brown.

Brown filed an amended petition for writ of habeas corpus on June 1, 2026,[1] and a motion for leave to file a second amended petition,[2] which this Court granted.[3]

Counsel is now seeking an extension of time to file Brown's second amended petition because counsel has had the following filings and obligations: on August 4, 2026, counsel filed cross-briefing in a § 2241 case; counsel had oral argument to the Ninth Circuit on August 13, 2026; counsel had a client visit in Lovelock, NV on August 14, 2026; counsel filed a reply brief to the Ninth Circuit on August 18, 2026; counsel filed a state supplemental petition in the Second Judicial District Court on August 24, 2026; counsel filed a COA to the Ninth Circuit on August 31, 2026; counsel supervised the filing of an opening brief to the Ninth Circuit, which was filed on September 1, 2026; counsel filed a reply to answer on September 11, 2026; counsel filed an amended petition in a § 2241 case on September 14, 2026; counsel filed an amended petition in another § 2241 case on September 24, 2026; counsel

---

[1] ECF No. 20.

[2] ECF No. 21.

[3] ECF No. 23.

filed a reply to answer on September 24, 2026; counsel filed a reply in support of an amended petition in a § 2241 case on September 25, 2026; counsel had five client visits from September 29-October 2, 2026; counsel filed an amended petition on October 5, 2026; counsel filed a reply in support of a § 2241 case on October 7, 2026; counsel conducted interviews to fill an open position in her unit from October 8-9, 2026; counsel filed an opposition to motion to dismiss a state petition on October 15, 2026; counsel had oral argument to the Ninth Circuit on October 20, 2026; and counsel filed an opposition to motion to dismiss on October 23, 2026.

For these reasons, counsel respectfully asks this Court to grant Brown's request to extend the time for filing a second amended petition by 90 days until January 25, 2027.

Dated October 26, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Kimberly Sandberg*
Kimberly Sandberg
Assistant Federal Public Defender

IT IS SO ORDERED:



United States District Judge

Dated: October 27, 2026